McGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**
Dec 08, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (916) 968-1693 | CASE NO. 2:19-SW-144 KJN<br><br>[~~PROPOSED~~] ORDER REGARDING MOTION TO UNSEAL |

The United States' motion to unseal this case is GRANTED.

DATED: December 8, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1